IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald Leveston, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-cv-4934 |
| | ) | |
| v. | ) | Hon. Joan Gottschall |
| | ) | |
| Moynihan, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PAMELA M. MEYERSON'S**
**RULE 12(B)(1) AND (6) MOTION TO DISMISS**

Defendant, Judge Pamela M. Meyerson ("Judge Meyerson"), by her counsel, Lisa Madigan, Illinois Attorney General, move to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule Civil Procedure 12(b)(1) and (6):

1. On June 30, 2017, Plaintiff Ronald Leveston ("Leveston") filed a Complaint against Judge Meyerson. Plaintiff alleges, *inter alia*, violations of the Fair Debt Collection Practices and Fair Credit Reporting Act, the Racketeer Influenced and Corrupt Organizations Act, and Roman Canon Law 3.3. [Docket #1.].

2. On July 13, 2017, this Court entered an order dismissing Leveston's complaint and granting him leave to file an amended complaint provided that, "he must conform to Rule 8 of the Federal Rules of Civil Procedure by clearly stating what claims he intends to assert, which defendants he wishes to assert the claims against, and why he believes each of the defendants is liable for the claims asserted against them." [Docket #6].

3. Although Leveston filed an amended complaint on August 10, 2017, the pleading he filed failed to comply with this Court's order since he essentially filed the same complaint he filed in June 2017.

4. Under the *Rooker-Feldman* doctrine, federal courts lack the power to hear cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings. *Lennon v. City of Carmel,* 865 F.3d 503, 506 (7th Cir. 2017).

5. Leveston failed to meet the plausibility standard set forth in *Iqbal* and *Twombly.*

6. Judge Meyerson is entitled to absolute judicial immunity for any actions she may have taken in the course of the underlying state court actions. *Myrick v. Greenwood,* 856 F.3d 487, 488 (7th Cir. 2017).

7. A memorandum of law is submitted in support of this motion.

8. Judge Meyerson requests that she be dismissed from this case on the grounds*, inter alia*, of doctrine of *Rooker-Feldman, Iqbal-Twombly* pleading deficiency and judicial immunity.

**WHEREFORE**, Defendant Judge Pamela M. Meyerson requests this this Court dismiss Leveston's Amended Complaint, for lack of jurisdiction, or in the alternative with prejudice, and she further requests that this Court stay any deadline to answer the amended complaint until this Court rules on the pending motions to dismiss.

Respectfully submitted,

/s/*Blanca R. Dominguez*

| | |
|---|---|
| LISA MADIGAN | BLANCA R. DOMINGUEZ |
| Attorney General of Illinois | Assistant Attorney General |
| | 100 W. Randolph St., 13th Floor |
| | Chicago, Illinois 60601 |
| | T: (312) 814-4451 |
| | F: (312) 814-4425 |
| | bdominguez@atg.state.il.us |

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed on September 19, 2017, via the Court's CM/ECF system, through which the parties of record can obtain a copy.

This document was also served on the following individuals by U.S. Mail on September 19, 2017:

Ronald Leveston
9241 S. Euclid Ave., #C
Chicago, IL 60617

                                          BY:      /s/*Blanca R. Dominguez*